[No. 35693-3-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. MUIR AKA JAMES PAUL RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-05668-1, Mary Wicks Brucker, J., entered November 22, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35700-0-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEDRICK D. McINTOSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-05905-1, Linda Lau, J. Pro Tem., entered November 15, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 36196-1-I.   Division One.   March 25, 1996.]

*In the Matter of the Marriage of* THOMAS R. FEELY, SR., *Appellant, and* WINIFRED SNIDER, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-3-00389-5, David A. Nichols, J., entered January 26, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36534-7-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO SEINZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07165-0, Faith Enyeart Ireland, J., entered April 6, 1995. *Reversed* by unpublished per curiam opinion.